**In re Dewayne Marks SHELTON, Relator.**

**No. 14–04–00454–CV.**

Court of Appeals of Texas, Houston (14th Dist.).

May 27, 2004.

Dewayne Marks Shelton, Houston, pro se.

Panel consists of Justices YATES, ANDERSON, and HUDSON.

---

## OPINION

PER CURIAM.

On May 11, 2004, Relator, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't code ann § 22.221 (Vernon Supp.2003); *see also* Tex.R.App. P. 52. Relator seeks a writ of mandamus directing the trial court to set a reasonable bail, to rule in writing on pretrial motions, and to set a pretrial hearing two weeks before trial.

We deny relator's petition for writ of mandamus. He has not fully complied with the requisites of Texas Rule of Appellate Procedure 52.